IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAWANA RENEE LEWIS,

    Plaintiff,

v.                        Case No. 1:17cv62-MW/GRJ

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security.**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 23, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument, ECF No. 24. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." Plaintiff's request for oral argument, ECF No. 24, is **DENIED**. The Clerk shall close the file.

**SO ORDERED on March 22, 2018.**

                                          **s/Mark E. Walker          **
                                          **United States District Judge**